**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-8040**

ISIDRO ALEXANDER RUBIO,

    Plaintiff - Appellant,

  v.

MCI-H, 2010 STAFF, et al.; RCI 2012 STAFF, et al.; WARDEN
WAYNE A. WEBB; CHIEF OF SECURITY RONALD B. BREZLER; MEDICAL
SUPERVISOR ALI SALIK; JACKELIN SHANK, Case Management
Supervisor,

    Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, Senior District Judge.
(8:12-cv-03046-RWT)

Submitted: April 17, 2014   Decided: April 22, 2014

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Isidro Alexander Rubio, Appellant Pro Se.  Rex Schultz Gordon,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland;
Patricia H. Beall, MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY,
P.C., Towson, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Isidro Alexander Rubio appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Rubio v. MCI-H, No. 8:12-cv-03046-RWT (D. Md. Nov. 27, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED